SAMUEL JACOBS, Appellant, v. METCO CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILTON GOLDBERG, an Infant, by HYMAN GOLDBERG, His Guardian ad Litem, Respondent, v. ELIZABETH ADELMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BERSON SYDEMAN Co., INC., Respondent, for an Order Directing an Arbitration to Proceed, etc., between BERSON SYDEMAN Co., INC., and FAIRFAX TEXTILE MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examina'ion to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MADELEINE S. STERN, Appellant, v. DELLA ROSENTHAL, Respondent, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SYLVIA LANDERS, Respondent, v. SAMUEL LANDERS, Appellant.— Order entered on October 6, 1924, modified as indicated in order, and as so modified affirmed, without costs. Appeal from order of October 18, 1924, as resettled by order of October 29, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER BLOCK, Appellant, v. FRANCIS KEIL & SON, INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARNA WALDMAN, Respondent, v. NATHAN WALDMAN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM G. HEDDESHEIMER, Appellant, v. CHARLES J. ROMER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN DUNCAN, Respondent, v. CHARLES A. STONEHAM and Another, as Partners, Trading under the Firm Name of CHARLES A. STONEHAM & Co., and Individually, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT HARFORD, Respondent, v. CHARLES A. STONEHAM and Another, as Partners, Trading under the Firm Name of CHARLES A. STONEHAM & Co., and Individually, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.